UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

MICHAEL KORS, L.L.C.,

                    Plaintiff,

          - against -

JRL IMPORTS INC.,

                    Defendant.

———————————————————————————

25-cv-7629 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendant. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint by that deadline. The time to serve is extended until **January 16, 2026.** If service is not made by January 16, 2026, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
          December 17, 2025

                                   _____
                                        John G. Koeltl
                                   United States District Judge