UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL KORS, L.L.C.,

                 Plaintiff(s)

             -against-

JRL IMPORTS, INC.,

                 Defendant(s).
-------------------------------------------------------------X

                                                 25 civ 7629 (JGK)

**ORDER**

The conference scheduled for Wednesday, January 7, 2026, at 2:30pm, is canceled.

**SO ORDERED.**

                                                        **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 22, 2025